**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

150 Almaden Boulevard, Suite 900
San Jose, California 95113

(408) 535-5054
FAX:(408) 535-5066

August 20, 2008

Cita Escolano
Office of the Clerk of the Court
United States District Court
Northern District of California
280 South First Street
San Jose, CA 95113

      Re:    United States v. VILLAFAN, et al
             CR 08-MJ-70533

Dear Ms. Escolano:

    I am writing to make my Notice of Appearance as one of the Assistant U.S. Attorneys representing the United States in the above-captioned matter, pursuant to General Order 45 of the Northern District of California rules of court. I will be serving as co-counsel with AUSA Daniel Kaleba.

    Could you please file this letter and add my name to the docket sheet of this case, so that I can receive all electronic and manual filings in this case.

    Thank you.

                                           Very truly yours,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney

By: _____
                                           THOMAS A. COLTHURST
                                           Assistant U.S. Attorney